UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21201-JLK

CAREN JOY MCDANIEL,

    Plaintiff,
v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on Magistrate Judge Melissa Damian's August 10, 2023 Report and Recommendation ("R&R"). DE 24. The R&R recommends granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment. No objections to the R&R have been filed, and the time to do so has passed.

The Court has reviewed the entire file and record. After careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Melissa Damian's August 10, 2023 Report and Recommendation **(DE 24)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Plaintiff's Motion for Summary Judgment **(DE 17)** is hereby **GRANTED**;

3. Defendant's Motion for Summary Judgment **(DE 20)** is hereby **DENIED**;

4. The above-styled action is hereby **REMANDED** to the Social Security Commissioner for further proceedings consistent with this opinion; and

5. Final judgment will be set out in a separate document pursuant to Federal Rule of Civil

Procedure 58(a).

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of August, 2023.

                                                  JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE

**cc:**    **Magistrate Judge Melissa Damian**
          **All counsel of record**