UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21201-JLK

CAREN JOY MCDANIEL,

    Plaintiff,
v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR ATTORNEY'S FEES AND COSTS**

THIS MATTER is before the Court on Magistrate Judge Melissa Damian's November 7, 2023 Report and Recommendation ("R&R"). DE 29. The R&R recommends granting Plaintiff's Unopposed Motion for Attorney's Fees and Costs. No objections to the R&R have been filed, and the time to do so has passed.

The Court has reviewed the entire file and record. After careful consideration, the Court finds that Magistrate Judge Damian's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Magistrate Judge Melissa Damian's November 7, 2023 Report and Recommendation **(DE 29)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court, and Plaintiff's Unopposed Motion for Attorney's Fees and Costs **(DE 27)** is hereby **GRANTED**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of November, 2023.

*[Signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **Magistrate Judge Melissa Damian**
**All counsel of record**